RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 27 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Gary Pryor, Rogena Peynado, AND ALL OTHER  )
Counter Claimants                          )
Vs.                                        )
                                           )   **1:20-CV-3545**
WESDALE ASSET MANAGEMENT                   )
Plaintiff                                  )CASE NO:20-M-17511
                                           )

## NOTICE OF REMOVAL
## AND STAY OF ALL COURTS PROCEEDING
### PURSUANT TO 28 USCA 1446 (D)

NOW COMES Gary Pryor, Rogena Peynado respectfully removes this action from Gwinnett County Court of Georgia, to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C § 1446, and 15 USC 1692. This Petition is set forth on the following grounds.

### **JURISDICTION**

This District Court of the United States has original, concurrent, and, or supplementary jurisdiction over this cause of action, pursuant to 28 USC § 1446, and 15 USC 1692, rule 60 of the federal rule of civil Procedure, including but not limited to the Bill of Rights.

### I.

Removal is proper and base on Gwinnett County Court allowing Plaintiff to proceed with eviction, where their actions are in violation of claims brought under the Federal Fair Debt Collection Practices Act (FDCPA). The Plaintiff did violate 15 USC 1692, rule 60 of the federal rule of civil Procedure. Based on the above, having the legal duty to abort eviction pursuant to OCGA 51-1-6.

The Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq., "imposes civil liability on 'debt collector[s]' for certain prohibited debt collection practices," Jerman v. Carlisle, McNellie, Rini, Kramer & Ulrich LPA, 130 S.Ct. 1605 1608 (2010).

42 U.S.C. §3631 make it unlawful for any individual(s) to use force, or threaten to use force, intimidate, or interfere with, or attempt to injure, intimidate, or interfere with, any person's housing rights because of that person race, color, religion, sex, handicap, familial status, or nation origin. Thus, the claims by Plaintiff may be maintained in any appropriate United States District Court 42 U.S.C. §3631.

## II.

The Courts Dispossessory proceeding is Unconstitutional and in violation of the "Due Process Clauses" of the 14th Amendment. The unlawful deprivations of property without due process, all in violation of the Constitution. The Bill of Right provides that no State shall deprive any person of life, liberty, or property, without due process of the law. Due Process Clause is well recognized, and provides that all parties in civil matters are guaranteed Fairness. Defendants in Georgia State Courts Dispossessory case is never afforded the same right as defendants in other civil matters. Defendant, has not been afforded 30 days to present his and her facts to the court as most defendant in other civil action.

42 U.S.C. §3631 make it unlawful for any individual(s) to use force, or threaten to use force, intimidate, or interfere with, or attempt to injure, intimidate, or interfere with, any person's housing rights because of that person race, color, religion, sex, handicap, familial status, or nation origin. Thus, the claims by Plaintiff may be maintained in any appropriate United States District Court pursuant to 42 U.S.C. §3631.

## III.

Defendant Gary Pryor, Rogena Peynado have provided written notice of the filing of this Notice of Removal to Plaintiff, and will file copy of this Notice of Removal with the Magistrate Court of the Gwinnett County, as required per 28 U.S.C.§1446(d).

**WHEREFORE,** pursuant to 28 U.S.C. 1446(D), 15 U.S.C 1692, 42 U.S.C. §3631, Defendant, Gary Pryor, Rogena Peynado removes this case from the Gwinnett County Courts.

2

## VERIFICATION

The undersigned Affiant Gary Pryor, Rogena Peynado does hereby

declare and affirm that the Affiant executes this Affidavit with sincere

intent and competently states the matters set forth. I the undersigned

being under oath and declare that I **do not** have an attorney to represent

me in this case. I further state that the facts listed in this removal are

true, correct and not misleading to the best of my knowledge.

3

## CERTIFICATE OF SERVICE

I, Gary Pryor and Rogena Peynado in this pleading has served by US Mail with adequate postage there upon the Plaintiff by mailing a true copy to the Attorney of record at the address below as follows:

**Notice to Principal is Notice to Agent.**
**Notice to Agent is Notice to Principal.**


WESTDALE ASSET MGMT AAF WILLOW TRAIL APTS
PDQ SERVICES, INC.
P.O.BOX 2109
WOODSTOCK  GA 30188-1374

Case 1:20-cv-03545-SCJ  Document 1  Filed 09/02/20  Page 5 of 8
Filed in Office on 8/24/2020 2:07 PM for 20-M-17511
Gwinnett Magistrate Court, Richard T. Alexander, Jr., Clerk of Court

| Westdale Asset Management AAF Willow Trail Apts | MAGISTRATE COURT OF GWINNETT COUNTY STATE OF GEORGIA |
|---|---|

**Westdale Asset Management AAF Willow Trail Apts**

PDQ Services, Inc.
P. O. Box 2109
Woodstock, GA  30188-1374 (678) 569-2900
Plaintiff's Name, Address, Phone Number      VS

**Gary Pryor and Rogena Peynado**

1500 Willow Trail Dr  Apt. 1106
Norcross, GA  30093
Defendant's Name Address and Phone Number:

**MAGISTRATE COURT OF GWINNETT COUNTY STATE OF GEORGIA**

**DISPOSSESSORY PROCEEDING**

20-M-17511
Case No.

INFO AND FORMS ON THE INTERNET
http://www.gwinnettcourts.com

**To be served by
Lisa WOLFE**

Personally appeared the undersigned affiant who on oath says that affiant is (agent) for Plaintiff(s) herein, and that Defendant(s) is/are in possession of premises as tenant of premises at the address as stated above, in Gwinnett County, the property of said Plaintiff(s). Plaintiff(s) attest(s) that there are no other person(s)/entity(ies) or known occupant(s) with whom Plaintiff(s) has/have a landlord tenant relationship. FURTHER THAT: (check applicable claim(s))

[X] tenant fails to pay the rent which is now past due;

[ ] tenant holds the premises over and beyond the term for which they were rented or leased to tenant;

[ ] tenant is a tenant at sufferance;

[ ] Other: _____ ; and

THAT Plaintiff(s) is/are entitled to recover any and all rent that may come due until this action is finally concluded. Plaintiff(s) desires and has demanded possession of the premises and Defendant(s) has/have failed and refused to deliver said possession. WHEREFORE, Plaintiff(s) demand(s) (a) possession of the premises; (b) past due rent of

____$785.00____   (c) rent accruing up to the date of judgment or vacancy at the rate of

__$26.17__   per day.   (Calculate daily rental rate, if seeking rent accruing to date of judgment or vacancy.)

(d) Other: Court costs  $54.00  late fees of:   $50.00  plus  72.50 Utilities

Sworn to and subscribed before me,
This 17 day of August    2020

_____
Magistrate/Notary Public/Deputy Clerk

LYNDA G. WEST
COMMISSION EXPIRES
NOTARY PUBLIC
OCTOBER 21 2020
COBB COUNTY
GEORGIA

_____
PDQ Services, Inc.   AFFIANT/AGENT
P.O. Box 2109
Woodstock, GA  30188-1374

1040342-883207

**SUMMONS -- To the Sheriff of Gwinnett County or lawful deputies of the Sheriff -- GREETINGS:**

The Defendant(s) is/are commanded and required to file an answer to said affidavit in writing or orally in person at the Magistrate Court of Gwinnett County, Lawrenceville, Georgia on or before the seventh (7th) day after the date of service of this affidavit and summons. If such answer is not made timely, a Writ of Possession and/or Judgment shall issue as provided by law. Witness the Honorable Kristina Hammer Blum, Chief Magistrate of said Court.

This _____ day of   8/17/2020

_____
Magistrate or Deputy Clerk

**WRIT OF POSSESSION**

To the Sheriff of Gwinnett County or lawful deputies of the Sheriff: You are hereby commanded to remove said Defendant(s), and any other person(s)/entities whose presence upon the premises is through the tenancy of Defendant(s) together with Defendant(s)/ their property thereon from said premises and to deliver full and quiet possession of the same to the Plaintiff(s) herein effective:

1. (Instanter); or 2. (On _____, 20_____; or, 3. Pursuant to the terms of a consent judgment filed herewith dated _____, 20 _____.

This _____ day of _____ _____

_____
Magistrate

**IN THE MAGISTRATE COURT OF** Gwinnett **COUNTY**
**STATE OF GEORGIA**
**CARES ACT AFFIDAVIT**

Case No. 20-M 17511

| | | |
|---|---|---|
| Westdale Asset Mgmt. AAF Willow Trail Apts. | | |
| Plaintiff | | |
| 1500 Willow Trail Drive | | |
| Address | | |
| Norcross | Georgia | 30093 |
| City | State | Zip |

david.mays@westdale.com
Email Address

| | | |
|---|---|---|
| Gary Pryor and Rogena Peynado | | |
| Defendant(s) | | |
| 1500 Willow Trail Drive, Apt. 1106 | | |
| Property Address | | |
| Norcross | Georgia | 30093 |
| City | State | Zip |

Personally appeared before me, the undersigned officer, the Plaintiff, his agent or attorney who on oath deposes and says as follows:

(1)

I am personally familiar with the residential property occupied by the Defendant, the Defendant's tenancy, the property's ownership, the financing arrangements and any and all liens that may exist on the property.

(2)

The property is not a "covered property" as defined by section 4024 (a) (2) of the CARES Act, or the property is otherwise exempt from the moratorium imposed therein.

(3)

It is not part of a covered housing program (as defined in section 41411 (a) of the Violence Against Women Act of 1994 (34 USC § 12491 (a)) or the rural housing voucher program under section 542 of the Housing Act of 1949 (42 USC § 1490r).

(4)

There are no mortgages, deeds to secure debt, nor liens of any other sort which are made in whole or in part, or insured, guaranteed, supplemented, or assisted in any way, by any officer or agency of the United States Government or in connection with a housing or urban development program administered by the U.S. Secretary of Housing and Urban Development or a housing or related program administered by any other such officer or agency, or is purchased or securitized by the Federal Home Loan Mortgage Corporation or the Federal National Mortgage Association.

(5)

The debt on the property is not receiving a forbearance pursuant to section 4023 of the CARES Act.

(6)

I swear under penalty of perjury that the above information is true and correct and made of my own personal knowledge. I understand further proof may be required at trial.

Sworn to / Subscribed / filed before me

This 14 day of AUG 2020

Deputy Clerk/ Notary Public

*[Notary seal: JONATHAN ADAM RAMIREZ, NOTARY PUBLIC, COMMISSION EXPIRES NOVEMBER 14, 2021, ___ COUNTY, GEORGIA]*

This 14 day of Aug 2020

David Mays          770 933-8737
Attorney/ Owner/ Agent          Phone#

**CARES Act**
**Public Law No. 116-136**
**Explanation of Terms**

**Sec. 4024 TEMPORARY MORATORIUM ON EVICTION FILINGS.**

 (a) DEFINITIONS.—In this section:

  (1) COVERED DWELLING.— The term "covered dwelling" means a dwelling that—

   (A) is occupied by a tenant—

    (i) pursuant to a residential lease; or

    (ii) without a lease or with a lease terminable under State law; and

   (B) is on or in a covered property.

  (2) COVERED PROPERTY.—The term "covered property" means any property that—

   (A) participates in—

    (i) a covered housing program (as defined in section 41411(a) of the Violence Against Women Act of 1994 (34 U.S.C. 12491(a);

    or

    (ii) the rural housing voucher program under section 542 of the Housing Act of 1949 (42 U.S.C. 1490r);

    or

   (B) has a—

    (i) Federally backed mortgage loan; or

    (ii) Federally backed multifamily mortgage loan.

  (3) DWELLING.—The term "dwelling"—

   (A) has the meaning given the term in section 802 of the Fair Housing Act (42 U.S.C. 3602); and

   (B) includes houses and dwellings described in section 803(b) of such Act (42 U.S.C. 3603(b).

  (4) FEDERALLY BACKED MORTGAGE LOAN.—The term "Federally backed mortgage loan" includes any loan (other than temporary financing such as a construction loan) that —

   (A) is secured by a first or subordinate lien on residential real property (including individual units of condominiums and cooperatives) designed principally for the occupancy of from 1 to 4 families, including any such secured loan, the proceeds of which are used to prepay or pay off an existing loan secured by the same property; and

   (B) is made in whole or in part, or insured, guaranteed, supplemented, or assisted in any way by any officer or agency of the Federal Government or under or in connection with a housing or urban development program administered by the Secretary of Housing and Urban Development or a housing or related program administered by any other such officer or agency, or is purchased or securitized by the Federal Home Loan Mortgage Corporation or the Federal National Mortgage Association.

  (5) FEDERALLY BACKED MULTIFAMILY MORTGAGE LOAN.—The term "Federally backed multifamily mortgage loan" includes any loan (other than temporary financing such as a construction loan) that—

   (A) is secured by a first or subordinate lien on residential multifamily real property designed principally for the occupancy of 5 or more families, including any such secured loan, the proceeds of which are used to prepay or pay off an existing loan secured by the same property; and

   (B) is made in whole or in part, or insured, guaranteed, supplemented, or assisted in any way, by any officer or agency of the Federal Government or under or in connection with a housing or urban development program administered by the Secretary of Housing and Urban Development or a housing or related program administered by any other such officer or agency, or is purchased or securitized by the Federal Home Loan Mortgage Corporation or the Federal National Mortgage Association.

Civil Action No. **20-M- 17511**

Date Filed **August                    2020**

Attorney's or Plaintiff's address and Telephone Number
**Westdale Asset Management AAF Willow Trail Apts**

1500 Willow Trail Drive
Norcross, GA 30093  770-923-8737

Name and Address of Party to be Served
Gary Pryor

1500 Willow Trail Dr   Apt. 1106
Norcross, GA  30093

# GWINNETT MAGISTRATE COURT
# STATE OF GEORGIA

Westdale Asset Management AAF Willow Trail Apts

VS                        Plaintiff  *1:35 P.M.*

Gary Pryor and Rogena Peynado

| To be served by Lisa WOLFE | | Defendant |
| --- | --- | --- |
| **COST OF SERVICE  $        12.00** | | 1040342-883207 |
| | | 18 |

## SPECIAL AGENT'S AFFIDAVIT OF ENTRY OF SERVICE

**DATE OF SERVICE:**  *8-21*    2020  (This date must be written and clearly legible on defendant's/garnishee's copy)

[   ] **PERSONAL**  Place of Service [   ] same as above;  [   ] other, as follows: _____
I served the defendant/garnishee with a copy of the action and summons: _____

[   ] **NOTORIOUS**  I served the defendant/garnishee by leaving a copy of the action and summons at the most notorious place of abode in the county:

Delivered the same to _____ described as follows: approximate age _____
years; approximate weight_____ pounds; approximate height_____ feet and _____ inches, living at the residence of the defendant.

[   ] **CORPORATION**  Upon corporation _____
By serving _____, in charge of the office and
place of business of the corporation in this county.
By serving _____, it's registered agent.

[   ] **TACK and MAIL**  I served the defendant by posting a copy to the door of the defendant's premises designated above in the affidavit and, on the same day, by depositing a true copy in the mail with first class postage in an envelope properly addressed to the address shown in the summons with adequate notice to answer the summons at the place stated in the summons. (Dispossessory only)

[   ] **NON EST**  Did not serve because after a diligent search the defendant/garnishee could not be found in the jurisdiction of the court. Other:

portion shall be completed, under oath, after service and before filing with the Clerk of this Court, except for printed name.)
, the undersigned, and being duly sworn, and under penalty of law, swear that I have personally effectuated service of process on the
, time, place and manner as set forth above and that all the facts set forth herein are true and correct and that I have served a copy of
document which bore my printed name, exclusive of my signature under oath, upon the defendant/garnishee simultaneous with service
all documents connected with this action.        (Please use a blue ink which clearly indicates this is an original affidavit.)

worn to before me this _____ day of

August _____ , 2020          *883207*

Notary Public, my commission expires :/ Clerk
Notary shall affix seal

Signature of Process Server (signed only before notary public/clerk)
Print Name:  Lisa Wolfe / Don Edwards / Hank Tort
(Must be clearly legible on def./garnishee copy to indicate who made service
at the time service was made

**[ LW  DE  HT]**    (initial if applicable) I am designated as a Special Agent for
Service of Process under a standing order of this Court.