IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WESTDALE ASSET MANAGEMENT and PDQ SERVICES, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br> GARY PRYOR and ROGENA PEYNADO, <br><br>    Defendants. | CIVIL ACTION FILE <br><br> NO. 1:20-CV-3545-SCJ |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Alan J. Baverman [Doc. No. 5], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court. Accordingly, this civil action is hereby **REMANDED** to the Magistrate Court of Gwinnett County, Georgia.

**IT IS SO ORDERED**, this 24th day of September, 2020.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE